

MAR 25 2010

CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY ____ Deputy Clerk

ENTERED

MAR 25 2010

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY ____ Deputy Clerk

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>    Cirilo & Colleen Gutierrez<br><br><br><br>Debtor (s) | Bk. No. RS01-20048MJ<br><br>ORDER DENYING REQUEST FOR<br>RELEASE OF UNCLAIMED FUNDS<br>(28 U.S.C. Section 2042,<br>Bankruptcy Rule 9013,<br>Bankruptcy Local Rule 3011-1) |

On March 18, 2010, CITICORP, N.A. for Washington Mutual Finance filed a request for release of unclaimed funds pursuant to 28 U.S.C. Section 2042. The request is denied for the following reason (s):

_____ 1.  A request for an order must be made by written motion according to Bankruptcy Rule 9013. Contact Financial Services at (213) 894-3836 to obtain the appropriate form.

_____ 2.  Motion practice in the United States Bankruptcy Court for the Central District of California is controlled by Local Bankruptcy Rule 3011-1 as promulgated by the United States District Court for the Central District of California. The request does not comply with either Bankruptcy Rule 9013 or Local Bankruptcy Rule 3011-1.

_____ 3.  The name of the claimant listed on the trustee's report is not the same as shown on the motion. No explanation of the difference is provided.

_____ 4.  The address of the claimant listed on the trustee's report is not the same as shown on the motion and the difference is not explained.

_____    5.  The corporate seal is not stamped on the motion &/or power of attorney.

_____    6.  The name on the corporate seal does not match the name listed on the claim.

_____    7.  An original power of attorney was not submitted.

_____    8.  The Proof of Service has not been completed.

_____    9.  The Proof of Service is incomplete. The following is missing:

_____   10.  There are insufficient supporting documents showing the claimant to be the successor-in-interest to the funds claimed.

_____   11.  There is no resolution with seal that verifies the person signing the motion and/or power of attorney is authorized to sign on behalf of the creditor.

__X__   12.  The documents supporting the claim doesn't show Washington Mutual Finance is owned or merged into Citicorp, N.A.

_____   13.  Financial Services is unable to locate a copy of the trustee's report which accompanied the deposit of funds in this case.

_____   14.  Financial Services has no record the funds being claimed were ever received by the Clerk's Office from the trustee.

_____   15.  Fund locator submitting this claim has failed to register with this court.

_____   16.  No proof of identification provided (driver's license/passport).

_____   17.  Other:

_____                _3-25-10_____
United States Bankruptcy Judge                        Date
JUST - REV